STATE OF NEW JERSEY v. ROBERT LEE BLAKELY.

May 18, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ALEXANDER BRUCE.

May 18, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES JACKSON.

May 18, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. HOWARD C. LEONARD, JR.

May 18, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. MATTHEW KIRKLAND.

May 18, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY K. GRAVES.

May 18, 1976. Petition for certification denied.